UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BLAST ALL, INC., ECS NORTH AMERICA, LLC and THE MIDDLESEX CORPORATION,<br>　　　　　　　Plaintiff,<br>　-against-<br><br>HAMILTON SPECIALTY INSURANCE COMPANY N/K/A BLACKBOARD SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO.<br>3:19-cv-01237 (JAM)<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs, Blast All, Inc., ECS North America, LLC, and The Middlesex Corporation (collectively "Plaintiffs"), and Defendant, Hamilton Specialty Insurance Company, now known as Blackboard Specialty Insurance Company ("Hamilton"), that a Settlement Agreement and Release (the "Agreement") having been entered as of the 15th day of December 2020, this action is hereby dismissed with prejudice, and without counsel fees/costs to either party, as to any claims of Plaintiffs in connection with the declination of coverage under the policy which was the subject of the action, but without prejudice as to any claim(s) for breach of the policy or damages arising out of any dispute concerning certain invoices Plaintiffs have or will in the future submit to Hamilton for payment, under the terms of the policy (the "Invoices"), of attorneys' fees, costs, and disbursements Plaintiffs claim to have incurred in connection with the underlying state court action in accordance with the Court's order granting partial summary judgment (the "Order"), or any claim for indemnification under the policy in connection with the underlying state court action, with the

537563.1

Court to retain jurisdiction over enforcement of the Order, disputes arising out of payment of the Invoices, or any claim for indemnification in connection with the underlying state court action.

HINCKLEY, ALLEN & SNYDER, LLP

By: _____
Christopher V. Fenlon
20 Church Street, 18th Floor
Hartford, CT 06103
(T): 860.331.2764 | (F): 860.278.3802
cfenlon@hinckleyallen.com
*Attorneys for Plaintiffs*

FREEHILL HOGAN & MAHAR, LLP

By: _____
Yaakov U. Adler
Thomas M. Canevari
John F. Karpousis
80 Pine Street, 25th Floor
New York, New York 10005-1759
(T): 212.425.1900 | (F) 212.425.1901
adler@freehill.com
*Attorneys for Defendants*

537563.1